IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ALEXANDER CHAIKIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE METHODIST MEDICAL CENTER OF ILLINOIS,<br><br>　　　　Defendant. | Case No. 18-cv-1208 |

## Motion for Discovery Hearing

NOW COMES the Defendant, THE METHODIST MEDICAL CENTER OF ILLINOIS, by its attorneys, QUINN JOHNSTON, and for its Motion for Discovery Hearing, states:

1. On December 8, 2020, Plaintiff took the deposition of Dr. Keith Knepp. Counsel for the Defendant terminated the deposition to seek guidance from the court regarding the conduct of the deposition. See, *Redwood v. Dobson*, 476 F.3d 462, 467–68 (7th Cir. 2007).

2. Counsel respectfully asks that the Court hold a brief telephone hearing and set a briefing schedule for a motion for protective order.

WHEREFORE, the Defendant, THE METHODIST MEDICAL CENTER OF ILLINOIS, respectfully prays the Court to schedule a telephone status hearing regarding depositions and set a schedule for filing and briefing a Motion for Protective Order and for such other and further relief as the Court deems just.

                                        THE METHODIST MEDICAL CENTER OF ILLINOIS, Defendant


                         By:   *s/Peter R. Jennetten*
                                  QUINN JOHNSTON

Peter R. Jennetten (Illinois Bar No. 6237377)
pjennetten@quinnjohnston.com
Adam P. Chaddock (Illinois Bar No. 6274685)
achaddock@quinnjohnston.com
James D. VanRheeden (Illinois Bar No. 6321658)
jvanrheeden@quinnjohnston.com
QUINN JOHNSTON
227 N.E. Jefferson Ave.
Peoria, IL  61602-1211
(309) 674-1133 (phone)
(309) 674-6503 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed this Motion for Discovery Hearing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher V. Langone
Langonelaw@gmail.com


Mark T. Lavery
laverylawyer@gmail.com

                *s/Peter R. Jennetten*
                Peter R. Jennetten (Illinois Bar No. 6237377)
                pjennetten@quinnjohnston.com
                QUINN JOHNSTON
                227 N.E. Jefferson Ave.
                Peoria, IL  61602-1211
                (309) 674-1133 (phone)
                (309) 674-6503 (fax)

4821-4810-1076, v. 2